Marc Rosenberg, WSBA No. 31034
*Pro Hac Vice*
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
Tel: (206) 624-7990; Fax: (206) 624-5944

Counsel for Defendant
Bishop, White, Marshall & Weibel, P.S.

Therese Harris. CSBA 246711
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
901 Sunvalley Blvd., Suite 220
Concord, CA 94520
Tel: (206)622-5306 Fax: (206) 622-0354

Counsel for Defendant
Bishop, White, Marshall & Weibel, P.S.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODIE JEWETT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BISHOP WHITE MARSHALL & WEIBEL, P.S., AND DOES 1-10,<br><br>　　　　Defendants. | No. CV 12-10142 PSG(MRWx)<br><br>DEFENDANT'S OBJECTION AND REQUEST TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE MOTION<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>Courtroom: 870/880 |

Defendant Bishop, White, Marshall, and Weibel, P.S. object to the contents of Plaintiff's Reply on their ex parte motion to substitute, and request the Court to strike the objectionable portions, as follows:

For the first time in the reply brief, Plaintiff argues that her claims survive her. (ECF No. 25 at 3-4). New argument raised for the first time in a reply brief is properly stricken

LEE SMART
P.S. Inc. - Pacific Northwest Law Offices
1800 One Convention Place – 701 Pike St.
Seattle, WA 98101-3929
Tel. 206.624.7990 – Toll Free 877.624.7990
Fax 206.624.5944

DEFENDANT'S OBJECTION AND REQUEST TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE MOTION - 1
CV 12-10142 PSG(MRWx)
5508578.doc

because it deprives a party from having an opportunity to properly respond. *See Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) ("[t]he district court need not consider arguments raised for the first time in a reply brief"); *Lentini v. Cal. Ctr. for the Arts*, 370 F.3d 837, 843, n6 (9th Cir. 2004) (declining to consider argument in reply brief because party had not been given the opportunity to respond); *United States v. Rearden*, 349 F.3d 608, 614 n.2 (9th Cir. 2003); *United States v. Rearden*, 349 F.3d 608, 614 n2 (9th Cir. 2003) ("We decline to consider Rearden's argument … because it is raised for the first time in reply"); *Cedano-Viera v. Ashcroft*, 324 F.3d 1062, 1066 n5 (9th Cir. 2003) ("We decline to consider new issues raised for the first time in a reply brief").

Here, Bishop is placed at a disadvantage by not having an adequate opportunity to respond. However, Bishop does note the following:

> **In an action or proceeding by a decedent's personal representative or successor in interest** on the decedent's cause of action, **the damages recoverable are limited to the loss or damage that the decedent sustained or incurred before death**, including any penalties or punitive or exemplary damages that the decedent would have been entitled to recover had the decedent lived, **and do not include damages for pain, suffering, or disfigurement**.

Cal. Civ. Proc. Code § 377.34(emphasis added). *See also Venerable v. City of Sacramento*, 185 F. Supp. 2d 1128, 1131-32 (E.D. Cal. 2002). *See also County of Los Angeles v. Superior Court*, 21 Cal. 4th 292, 304-05, 981 P.2d 68, 76 (1999) (same).

This issue is another reason why a proper motion schedule is appropriate, and why an ex parte motion is improper, despite Plaintiff's inaccurate claims about Fed. R. Civ. P. 15(a)(1), which does not permit an additional amended pleading of right. Cases after the rule amendment have clearly held that an amended pleading is not permitted in this case. *See e.g., Oliver v. In-N-Out Burgers*, 286 F.R.D. 475, 476 (S.D. Cal. 2012) ("Federal Rule of Civil Procedure 15(a) allows a party leave to amend its pleadings once as a matter of right prior to service of a

LEE SMART
P.S. Inc. - Pacific Northwest Law Offices
1800 One Convention Place – 701 Pike St.
Seattle, WA 98101-3929
Tel. 206.624.7990 – Toll Free 877.624.7990
Fax 206.624.5944

DEFENDANT'S OBJECTION AND REQUEST TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE MOTION - 2
CV 12-10142 PSG(MRWx)
5508578.doc

responsive pleading. Thereafter, "a party may amend that party's pleading only by leave of the court or by written consent of the adverse party").

This Court should also prevent Plaintiff from filing an Amended Pleading without its leave, and without an opportunity for Bishop to brief the issue.

Bishop also objects and moves to strike Plaintiff's use of unpublished and foreign cases to convince this Court to ignore clear Ninth Circuit precedent reflecting that James Jewitt may not be substituted other than in the capacity of a personal representative of the Estate.

DATED February 13, 2013.

                              LEE SMART, P.S., INC.

                              By: s/ Marc Rosenberg
                                   Attorney for Defendant
                                   E-mail: mr@leesmart.com

LEE SMART
P.S. Inc. - Pacific Northwest Law Offices
1800 One Convention Place – 701 Pike St.
Seattle, WA 98101-3929
Tel. 206.624.7990 – Toll Free 877.624.7990
Fax 206.624.5944

DEFENDANT'S OBJECTION AND REQUEST TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE MOTION - 3
CV 12-10142 PSG(MRWx)
5508578.doc

DECLARATION OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed with the Clerk of the Court using the CM/ECF system the attached documents, which will send notification of such filing to the following individual:

Therese S Harris     tharris@bwmlegal.com

Andre L Verdun     andreverdun@crowleylawgroup.com

Ronald Wilcox     ronaldwilcox@post.harvard.edu

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED February 13, 2013, at Seattle, Washington.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
    Attorney for Defendant
    E-mail: mr@leesmart.com

LEE SMART
P.S. Inc. - Pacific Northwest Law Offices
1800 One Convention Place – 701 Pike St.
Seattle, WA 98101-3929
Tel. 206.624.7990 – Toll Free 877.624.7990
Fax 206.624.5944

DEFENDANT'S OBJECTION AND REQUEST TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE MOTION - 4
CV 12-10142 PSG(MRWx)
5508578.doc