Marc Rosenberg, WSBA No. 31034
*Pro Hac Vice*
LEE SMART, P.S., INC.
1800 One Convention Place
701 Pike Street
Seattle, WA  98101-3929
Tel: (206) 624-7990; Fax: (206) 624-5944

Counsel for Defendant
Bishop, White, Marshall & Weibel, P.S.

Theresa Harris. CSBA 246711
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
901 Sunvalley Blvd., Suite 220
Concord, CA 94520
Tel: (206)622-5306 Fax: (206) 622-0354

Counsel for Defendant
Bishop, White, Marshall & Weibel, P.S.

E-FILED 05/10/13
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODIE JEWETT, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BISHOP WHITE MARSHALL & WEIBEL, P.S., AND DOES 1-10,<br><br>　　　　Defendants. | No. CV 12-10142 PSG(MRWx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>[PROPOSED]<br><br>[CLERK'S ACTION REQUESTED]<br><br>Assigned to Hon. Philip S. Gutierrez<br>Courtroom: 870/880 |

The Court, having reviewed the Stipulation of the Parties now enters the following Order:  It is hereby Ordered that Plaintiff's Complaint is dismissed with prejudice, with each party bearing their own costs, and that the above-captioned lawsuit is dismissed with prejudice in its entirety as to all Parties.

LEE SMART
P.S. Inc. - Pacific Northwest Law Offices
1800 One Convention Place – 701 Pike St.
Seattle, WA 98101-3929
Tel. 206.624.7990 – Toll Free 877.624.7990
Fax 206.624.5944

ORDER OF DISMISSAL WITH PREJUDICE - 1
CV 12-10142 PSG(MRWx)
5536018.doc

1
2   There being no reason for delay, the clerk shall enter this order and close the above-captioned matter.
3
    ENTERED this  10th  day of     May        , 2013.
4
5                                    PHILIP S. GUTIERREZ
                                     _____
6                                    Hon. Philip S. Gutierrez
                                     U.S. District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LEE SMART
P.S. Inc. - Pacific Northwest Law Offices
1800 One Convention Place – 701 Pike St.
Seattle, WA 98101-3929
Tel. 206.624.7990 – Toll Free 877.624.7990
Fax 206.624.5944

ORDER OF DISMISSAL WITH PREJUDICE - 2
CV 12-10142 PSG(MRWx)
5536018.doc